1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROMAINE NEVELS,                          No.  2:22-cv-00441 KJM AC P

12                 Plaintiff,

13          v.                                 ORDER

14   J. KERN,

15                 Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 23, 2023, the magistrate judge filed findings and recommendations, which

21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings

22   and recommendations were to be filed within twenty-one days.  ECF No. 7.  Plaintiff has filed

23   objections to the findings and recommendations.  ECF No. 12.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by the proper analysis.

27   /////

28   /////

                                              1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations filed January 23, 2023 (ECF No. 7), are adopted in

3 full;

4    2. The complaint is dismissed against defendant Kern in his official capacity; and

5    3. This matter is referred back to the assigned magistrate judge for all further pretrial

6 proceedings.

7 DATED:  March 20, 2023.

8

9

10            CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28