UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAINE NEVELS,<br><br>            Plaintiff,<br><br>     v.<br><br>J. KERN,<br><br>            Defendant. | No. 2:22-cv-0441 KJM AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Currently pending before the court are defendant's exhaustion-based motion for summary judgment and motion to stay merits-based discovery pending resolution of the motion for summary judgment. ECF Nos. 23, 24. Good cause appearing, the motion for a stay will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to stay merits-based discovery (ECF No. 24) is GRANTED;

2. The deadlines for completing merits-based discovery, including responses to discovery requests that have already been served, and for filing merits-based motions for summary judgment are VACATED; and

////

////

1

3. If necessary, a new discovery and scheduling order will issue upon resolution of defendant's pending motion for summary judgment.

DATED: July 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE