UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAINE NEVELS, | No. 2:22-cv-0441 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. KERN, | |
| Defendant. | |

Plaintiff filed a motion for a sixty-day extension of time to file an opposition to defendant's motion for summary judgment. The current deadline is August 7, 2023. Good cause appearing, the motion will be granted. However, plaintiff is cautioned that due to the length of the extension, further extensions will not be granted absent a showing of extraordinary cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 26) is GRANTED; and

2. Plaintiff is granted an additional sixty days, up to October 6, 2023, to file an opposition to defendant's motion for summary judgment.

DATED: July 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE