1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10     ROMAINE NEVELS,                              No.  2:22-cv-0441 KJM AC P

11                      Plaintiff,

12          v.                                      ORDER

13     J. KERN,

14                      Defendant.

15

16          On July 12, 2023, defendant filed a motion for summary judgment.  ECF No. 23.  Plaintiff

17     sought and was granted a sixty-day extension of time to respond to the motion and cautioned that

18     further extensions would not be granted absent a showing of extraordinary cause.  ECF No. 27.

19     The time for responding has passed and plaintiff has not filed a response to the motion.  He will

20     be given one final opportunity to file a response.

21          Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the service of

22     this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a

23     statement of non-opposition.  Failure to comply with this order will result in a recommendation

24     that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of

25     Civil Procedure 41(b) without further warning.

26     DATED: October 23, 2023

27                                                  _____
                                                    ALLISON CLAIRE
28                                                  UNITED STATES MAGISTRATE JUDGE